## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Alonso Esqueda, et al.
                              Plaintiff,

v.                                        Case No.: 1:15−cv−08058
                                               Honorable Matthew F. Kennelly

Ridge Country Club
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 9, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 3/9/2016. Pursuant to plaintiff's stipulations of dismissal, this case is dismissed with prejudice. Motion to withdraw [13] is terminated as moot. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.